Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ELIZABETH C. CAMARILLO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| ELIZABETH C. CAMARILLO, | ) |
| | ) |
| Plaintiff, | ) Case No.: 5:21-cv-00750-JGB-KK |
| | ) |
| v. | ) |
| | ) |
| NATIONSTAR MORTGAGE LLC d/b/a | ) |
| MR. COOPER GROUP | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, ELIZABETH C. CAMARILLO, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER GROUP, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER GROUP, with prejudice, within 60 days.

                RESPECTFULLY SUBMITTED,

DATED:  June 11, 2021     By: /s/ Michael S. Agruss
                 Michael S. Agruss
                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 11, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                By: /s/ Michael S. Agruss
                  Michael S. Agruss