Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ELIZABETH C. CAMARILLO

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| ELIZABETH C. CAMARILLO,<br><br>         Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a<br>MR. COOPER GROUP<br><br>         Defendant. | **Case No.: 5:21-cv-00750-JGB-KK** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ELIZABETH C. CAMARILLO, ("Plaintiff"), through her attorney, Michael S. Agruss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER GROUP.

RESPECTFULLY SUBMITTED,

DATED: July 26, 2021

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 26, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss

